**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Mona Amini (SBN 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
*Ivo Kolar*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVO KOLAR, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>NCB MANAGEMENT SERVICES, INC.; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendant(s). | Case No.: 2:23−cv−07199−CAS−KS<br><br>**STIPULATION TO DISMISS CASE PURSUANT TO F.R.C.P. 41(a)** |

//
//
//
//
//
//
//

- 1 -
STIPULATION TO DISMISS CASE PURSUANT TO F.R.C.P. 41(a)

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ivo Kolar ("Plaintiff") and Defendant NCB Management Services, Inc. ("Defendant" or "NCB") (together as the "Parties"), by and through their respective counsel, hereby stipulate and agree to dismiss this action in its entirety pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to Plaintiff's individual claims. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: October 14, 2025        **KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
     Abbas Kazerounian
     Mona Amini
     *Attorneys for Plaintiff*

Dated: October 14, 2025        **LONDON FISCHER LLP**

By:   */s/ Alexander C. Verdegem*
     Nicholas W. Davila
     Alexander C. Verdegem
     *Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2) the undersigned hereby attests that all signatories listed above, and on whose behalf this document is submitted, concur in and have authorized the filing of this document.

Dated: October 15, 2025

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/      Mona Amini
         Mona Amini

**PROOF OF SERVICE**

I over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On October 15, 2025, I served the above document(s) via:

☒ ELECTRONIC SERVICE - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The electronic filing system sends an e-mail notification of the filing to the parties and counsel of record.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 15, 2025 at Costa Mesa, California.

*/s/ Mona Amini*
MONA AMINI